**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| **IN RE: CIGNA ERISA LITIGATION** | : | No. 25-cv-2465-JMY |
| | : | |
| | : | |
| | : | |

## ORDER

**AND NOW**, this 9th day of April 2026, upon consideration of the *Motion to Stay Proceedings Pending a Decision by the Supreme Court in Anderson v. Intel* (ECF No. 41), and all papers filed in support thereof and in opposition thereto, it is **ORDERED** that said Motion is **DENIED** for the reasons set forth in the accompanying memorandum of law filed along with this Order.

**IT IS SO ORDERED**.

BY THE COURT:

   /s/ John Milton Younge   
Judge John Milton Younge