**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **IN RE: CIGNA ERISA LITIGATION** | : : : : : | No. 25-cv-2465-JMY |

**ORDER**

**AND NOW**, this 19th day of May 2026, upon consideration of the *Motion to Dismiss* filed by the Defendants, The Cigna Group and The Cigna Group Retirement Plan Committee (ECF No. 29), and all papers filed in support thereof and in opposition thereto, it is **ORDERED** that said Motion is **DENIED** for the reasons set forth in the accompanying Memorandum.

It is further **ORDERED** and the Court finds that the topics argued in the proposed brief (ECF No. 35-3) attached to the *Motion for Leave to File a Brief as Amici Curiae* (ECF No. 35) are substantially similar to the issues and arguments set forth in Defendants' *Motion to Dismiss*. Therefore, the amici curiae brief would be of little to no value in providing aid to the Court in resolving Defendants' *Motion to Dismiss,* which the Court has already decided to deny.  Given the disposition of Defendants' Motion to Dismiss and the duplicative nature of the amici curiae brief, the *Motion for Leave to File a Brief as Amici Curiae* (ECF No. 35) filed by Stable Value Investment Association and the Chamber of Commerce of the United States of America is **DENIED**.

**IT IS SO ORDERED**.

BY THE COURT:

    /s/ John Milton Younge
Judge John Milton Younge