**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| | : | |
| **IN RE: CIGNA ERISA LITIGATION** | : | No. 25-cv-2465-JMY |
| | : | |
| | : | |
| | : | |

## <u>ORDER FOR RULE 26(f) REPORT</u>

**AND NOW**, this 17th day of June, 2026, it is hereby **ORDERED** that:

1. Plaintiff and Defendant shall make the required initial disclosures related to discovery pursuant to Fed. R. Civ. P. 26(a).

2. The Parties shall immediately commence discovery.

3. After consultation with Counsel for all Parties, Counsel shall complete the required **Joint Report of Rule 26(f) Meeting** and file the same with the Clerk of Court within fifteen (15) days of the day that this Order is entered on the docket.  Counsel shall incorporate all the information described in Judge Younge's form Report, which can be found at http://www.paed.uscourts.gov/judges-info/district-court-judges/john-milton-younge.

BY THE COURT:

　/s/ John M. Younge
Judge John Milton Younge